PROB 35

# ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  1:08MJ00118 DLB |
| ) | |
| ALFRED F. FACCHINI ) | |
| ) | |

On June 16, 2006, the above-named was placed on Probation for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

Dated:     June 2, 2008
           Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   FACCHINI, Alfred**
     **Docket Number:   1:08MJ00118 DLB**
     **ORDER TERMINATING PROBATION**
     <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 30 July 2008 | /s/ *Dennis L. Beck* |
| **Date** | **DENNIS L. BECK**<br>**United States Magistrate Judge** |

MKD
Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office